Michael E. Langton, Esq.
Nevada Bar No.:  0290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557
mlangton@sbcglobal.net

Attorney For Applicant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LABORERS' INTERNATIONAL UNION      CASE:3:20-cv-000356-MMD-CLB
OF NORTH AMERICA, LOCAL 169,

           Applicant,

vs.

THE PENTA BUILDING GROUP, INC.,

           Respondent.

_____/

## STIPULATION AND ORDER FOR STAY OF PROCEEDINGS

**COMES NOW**, Laborers' International Union of North America,
Local 169, by and through its attorney, Michael E. Langton,
Esq., and The Penta Building Group, Inc., by and through its
attorney, Matthew T. Cecil, Esq., and pursuant to Local Rule LR
7-1, stipulate an Order shall be entered staying proceedings in
this case, including Defendant's requirement to file a Response
to the Application To Confirm Arbitration Award. The grounds
for this Stipulation are that this case is related to Case
Number 3:19-cv-0401-MMD-CBC and the appeal of the Court's Order
which is currently pending in the Ninth Circuit Court of
Appeals, Case No. 20-15318, and the outcome of that case may be
dispositive on this case.

     Accordingly, the parties respectfully request the Court to

Doc ID: 5aa91578ed95458616ac28daf7fcaea78e64c35d

enter an Order staying proceedings until the Ninth Circuit Court of Appeals has issued an Order on Case No. 20-15318 at which time the parties will notify this Court.

**DATED:** 10 / 08 / 2020                    **DATED:** 10 / 12 / 2020

*Michael E. Langton*                        *Matthew T. Cecil*

_____                     _____
MICHAEL E. LANGTON, ESQ.                     MATTHEW T. CECIL, ESQ.
Nevada Bar No.: 0290                         Nevada Bar No.: 9525
801 Riverside Drive                          Holland & Hart
Reno, Nevada 89503                           9555 Hillwood Drive, 2nd Floor
(775) 329-7557                               Las Vegas, NV 89134
mlangton@sbcglobal.net                       (702) 669-4600
                                             mtcecil@hollandhart.com
Attorney For Applicant
                                             Attorney For Respondent


**IT IS SO ORDERED.**

Dated this _13th_ day of October, 2020.

_____
U.S. DISTRICT COURT JUDGE

Doc ID: 5aa91578ed95458616ac28daf7fcaea78e64c35d

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Stipulation and Order for Stay of Proceedings.10.8.20.pdf |
| **FILE NAME** | Stipulation%20and...dings.10.8.20.pdf |
| **DOCUMENT ID** | 5aa91578ed95458616ac28daf7fcaea78e64c35d |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| **SENT** | **10 / 08 / 2020** 18:49:44 UTC | Sent for signature to Michael E. Langton (mlangton@sbcglobal.net) and Matthew T. Cecil (mtcecil@hollandhart.com) from ceciliavohl@yahoo.com IP: 47.36.80.137 |
| **VIEWED** | **10 / 08 / 2020** 18:52:53 UTC | Viewed by Michael E. Langton (mlangton@sbcglobal.net) IP: 47.36.80.137 |
| **SIGNED** | **10 / 08 / 2020** 18:54:45 UTC | Signed by Michael E. Langton (mlangton@sbcglobal.net) IP: 47.36.80.137 |
| **VIEWED** | **10 / 13 / 2020** 01:03:24 UTC | Viewed by Matthew T. Cecil (mtcecil@hollandhart.com) IP: 45.41.142.94 |
| **SIGNED** | **10 / 13 / 2020** 01:05:29 UTC | Signed by Matthew T. Cecil (mtcecil@hollandhart.com) IP: 63.236.112.69 |
| **COMPLETED** | **10 / 13 / 2020** 01:05:29 UTC | The document has been completed. |